1038

RODNIE NELSON, *Appellant*, v. SHERATON OPERATING CORPORATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-16030-3, Sally Phillips Pasette, J., entered March 15, 1996. *Reversed* by unpublished opinion per Kennedy, A.C.J., concurred in by Grosse and Agid, JJ.

THE STATE OF WASHINGTON, *on the Relation of Sandra E. Apling*, ET AL., *Respondent*, v. ERIC W. APLING, *Appellant*, KATHLEEN A. APLING, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 86-3-05964-8, JoAnne Alumbaugh, J., entered March 6, 1996. *Reversed* by unpublished opinion per Cox, J., concurred in by Baker, C.J., and Webster, J.

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN GALAZ MCAFEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-06365-5, Patricia H. Aitken, J., entered April 8, 1996. *Reversed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM S. MUNDY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-06723-1, Michael S. Spearman, J., entered April 9, 1996. *Remanded* by unpublished per curiam opinion.